**From: The District Court of the 1st Judicial District.**
**County of Lewis and Clark.**

**STATE OF MONTANA,**
**Plaintiff,**                                              **No. CDC-2000-65**
**vs.**                                                     **Decision**
**CATHY L. ESTES,**
**Defendant.**

On September 27, 2001, the defendant was sentenced to a five (5) year commitment to the Department of Corrections for violations of the conditions of a suspended sentence for the offense of Forgery (common scheme), a felony.

On April 12, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by L. Sanford Selvey. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District

16

Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

However, the Board remands this case to the district court to consider the defendant's argument that she be given credit for time previously served on probation.

Done in open Court this 12th day of April, 2002.

DATED this 1st day of May, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.